DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDON RACE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3039

[May 14, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502018CF005173AXXXWB.

Brandon Race, Panama City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***